IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AUBREY GOODWIN,              ) | |
|                              ) | |
|       Petitioner,            ) | |
|                              ) | |
|   v.                         ) | CIVIL ACTION NO. 2:10cv313-WHA |
|                              ) | |
| UNITED STATES OF AMERICA,    ) | (WO) |
|                              ) | |
|       Respondents.           ) | |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the § 2255 motion filed by Goodwin is DENIED, and that this action is DISMISSED.

The Clerk of Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 14th day of June, 2012.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE